JAMES COSTA, Respondent, v. SCHENECTADY RAILWAY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion for change of venue granted. (See *Saal Products Sales, Inc.,* v. *Schatz Manufacturing Co.,* 216 App. Div. 544; *Viertels* v. *New York, Ontario & Western R. Co.,* 182 id. 92;

*Larkin* v. *Watson Wagon Co.*, 68 id. 86.)   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.